Richard D. McLaughlin #292561 HU3
Western Missouri Correctional Center
609 East Pence Road
Cameron, Missouri 64429

This correspondence is from an inmate in the custody of the Missouri Department of Corrections. The Department is not responsible for the content of this correspondence. For information about the Department or to verify information about the offender, please visit our website at www.doc.mo.gov.

KANSAS CITY 641-651
28 JAN 2011 PM 7 T




MAILED FROM:
WESTERN MISSOURI
CORRECTIONAL CENTER

United States District Court
Eastern District of Tennessee
800 Market Street
Knoxville, Tennessee 37902

RECEIVED
FEB - 1 2011
Clerk, U.S. District Court
Eastern District of Tennessee